Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23468 MC-UNA

IN THE MATTER OF THE EXTRADITION
OF ANDRES FELIPE ARIAS LEIVA

UNDER SEAL

/

### SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the complaint, arrest warrant, attachments thereto, and any resulting orders, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the complaint, arrest warrant, and any resulting orders, and this order shall be filed under seal until further order of this Court.

**IT IS FURTHER ORDERED** that notwithstanding this sealed order, the United States may provide copies of the arrest warrant to any foreign law enforcement agency assisting with the apprehension of the defendant named in the complaint.

**DONE AND ORDERED** in chambers at Miami, Florida, this 11 day of August, 2016.

JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE