UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23468-MC-O'SULLIVAN

IN RE EXTRADITION OF

ANDRES FELIPE ARIAS LEIVA

_____/

**ARIAS' RESPONSE TO MOTION TO REVOKE BOND
OR ALTERNATIVELY TO STRENGTHEN BOND CONDITIONS**

      Andres Arias opposes the motion to revoke bond or alternatively to strengthen bond conditions (DE 70).  Dr. Arias has been on bond since November 17, 2016 without issue.  He has fully complied with all bond conditions and has been in constant communication with undersigned counsel about how to fight this extradition so that he can stay in this country. The government cites no actual evidence to support its claim that Dr. Arias is now a risk of flight. He is not, and he still has the support of the former President of Colombia, Alvaro Uribe, as well as Congressman Lincoln Diaz-Balart. Dr. Arias still lives in Weston with his wife and two young children. He isn't going anywhere.

      Instead, the motion cites the Court's order of February 6 as a reason to revoke bond.  But it's now March, and Dr. Arias has not fled. To the contrary, he has shown his resolve in continuing to 1) challenge the validity of the treaty and 2) challenge the merits of extradition.  As counsel for Colombia has recognized in opposing our motion to stay, the jurisdiction issue will be heard by the Eleventh Circuit in the event that Dr. Arias loses on the merits of extradition.  This is a serious issue, and it has not "evaporated," Mot. at 5, simply because the motion to dismiss has been denied.

In the alternative, should this Court agree that the bond needs to be strengthened, Dr. Arias will have U.S. citizens co-sign the bond.

WHEREFORE the motion to revoke should be denied.

Respectfully submitted,

_____
David Oscar Markus
Florida Bar No. 119318
Lauren Doyle
Florida Bar No. 117687
Markus/Moss PLLC
40 N.W. Third Street Penthouse One
Miami, Florida 33128
305-379-6667

_____
Ricardo J. Bascuas
Florida Bar No. 093157
1311 Miller Drive
Coral Gables, Florida 33146
305-284-2672

*/s/ Marc David Seitles*
Marc David Seitles
Florida Bar No. 0178284
Seitles & Litwin PA
40 N.W. Third Street, Penthouse One
Miami, Florida 33128
305-403-8070

## CERTIFICATE OF SERVICE

This notice was filed electronically on March 1, 2017, through CM/ECF and served on AUSA Robert Emery, counsel for the Republic of Colombia, through that system. The Republic of Colombia opposes the relief requested.

_____
David Oscar Markus