UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23468-MC-O'SULLIVAN

IN THE MATTER OF THE EXTRADITION
OF ANDRES FELIPE ARIAS LEIVA

_____/

### ORDER

THIS MATTER is before the Court on the Government's Motion to Revoke Bond or Alternatively to Strengthen Bond Conditions (DE# 70, 2/27/17). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Government's Motion to Revoke Bond or Alternatively to Strengthen Bond Conditions (DE# 70, 2/27/17) is **GRANTED in part and DENIED in part**. The government's request to revoke the bond is DENIED. The government's request to strengthen the bond conditions is GRANTED. The $1,000,000.00 personal surety bond shall be co-signed by a United States citizen(s) and secured with real property with equity of at least $1,000,000.00. On or before **March 22, 2017**, the parties shall confer, agree upon appropriate co-signor(s) and submit to the Court information regarding the co-signor(s) and the real property to be used to secure the bond.

DONE AND ORDERED, in Chambers, at Miami, Florida this **15th** day of March, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record