UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23468-CV-O'SULLIVAN

IN THE MATTER OF THE EXTRADITION
OF ANDRES FELIPE ARIAS LEIVA

_____/

**ORDER**

THIS MATTER came before the Court on the Motion to Continue Extradition Hearing or, Alternatively, to Exclude Unreliable Evidence (DE# 95, 8/22/17). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion to Continue Extradition Hearing or, Alternatively, to Exclude Unreliable Evidence (DE# 95, 8/22/17) is **DENIED**.

DONE AND ORDERED, in Chambers, at Miami, Florida this **30th** day of August, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record